## TOLLAND COUNTY, MARCH TERM, 1790.

### FOSTER v. HOUGH.

A witness used at the trial may be introduced as new, as to what has come to his knowledge since.

PETITION for new trial. The witnesses improved in the former trial were admitted as new as to those things only which had come to their knowledge since said former trial.

### WOODBRIDGE v. GRANT.

In an action upon a probate bond, it is not necessary to set forth the condition in the declaration.

ACTION of debt, declaring on the penal part of a probate bond. Plea in abatement — That the plaintiff ought to have set forth the condition in his declaration.

Judgment — Plea insufficient. The condition is in favor of the defendant, and it is for his advantage to set it forth in his plea.

The decisions of the court respecting this point of practice, have not been uniform, to the prejudice of suitors. I think it is now settled upon principles of reason and common sense which will abide. It was determined and published as a rule of this court, that copies of the records of the courts in the other states must be under the seal of the court, attested by the clerk; with a certificate from some one of the judges at least, that he was clerk of the court. This was before the law of Congress upon this subject, was published.